UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-12131-SPG-PD | Date | April 6, 2026 |
| Title | Angela Anderson v. Darren Hardy, LLC | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). However, upon a showing of good cause for the failure to serve, the Court "must extend the time for service for an appropriate period." *Id.*

More than 90 days have passed since Plaintiff filed this action on December 23, 2025, and Plaintiff has not filed proof of service on Defendant or requested an extension of the service deadline. Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to effectuate service. Within fourteen (14) days of the issuance of this Order, Plaintiff shall respond on the docket by (1) filing proof of service on Defendant; (2) filing a written response demonstrating good cause for the failure to serve and requesting an extension of the service period; or (3) dismissing this action. Failure to respond shall be deemed consent to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

_____    :    _____

Initials of Preparer    pg

Page 1 of 1